UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------×
RICARDO PAYAMPS *and* JOEL COLLADO,

      *Plaintiffs*,

  v.

M & M CONVENIENCE DELI & GROCERY CORP.
*d/b/a* M & M DELI AND GROCERY,

      *Defendant.*
-------------------------------------------------------------------×

16 CV 4895

NOTICE OF MOTION FOR
DEFAULT JUDGMENT

    Plaintiffs Ricardo Payamps and Joel Collado respectfully move the Court pursuant to FED. R. CIV. P. 55(b) and L. CIV. R. 55.2 to enter default judgment in favor of Plaintiffs and against Defendant M & M Convenience Deli & Grocery Corp., d/b/a M & M Deli and Grocery, on the grounds that Defendant has failed to answer or otherwise defend against the Complaint.

Dated: New York, New York
       December 7, 2016

                                  By:    s/ Walker G. Harman, Jr.
                                          Walker G. Harman, Jr. [WH-8044]
                                          Edgar M. Rivera [ER-1378]
                                          THE HARMAN FIRM, LLP
                                          220 Fifth Ave., Suite 900
                                          New York, NY 10001
                                          212.425.2600
                                          wharman@theharmanfirm.com
                                          erivera@theharmanfirm.com
                                          *Attorneys for Plaintiffs*