UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICARDO PAYAMPS and JOEL COLLADO,   Case No.: 16 CV 4895

              *Plaintiff,*

-against-

                                     **AFFIDAVIT OF SERVICE**

M & M CONVENIENCE DELI & GROCERY CORP.
*d/b/a* M & M DELI AND GROCERY,

              *Defendants.*
-------------------------------------------------------------X

Pursuant to 28 U.S.C. § 1746, I, Jennifer Melendez, declare under penalty of perjury that the following is true and correct:

1. I am not a party to this action. I am over 18 years of age and I reside in New York County, State of New York.

2. On April 12, 2017, at approximately 6:15pm, I personally mailed, via FedEx, a true copy of Plaintiff's Motion for Default Judgment, the Affidavits/Declarations of Walker G. Harman, Jr. and Edgar Rivera, and Plaintiff's Memorandum of Law in Support of Motion for Default Judgment, in the matter of *Ricardo Payamps v. M & M Convenience & Grocery, Corp.*, Eastern District of New York, Case No. 16 CV 4895, by mailing the same to M & M Deli and Grocery, 1066 Rutland Rd., Brooklyn, NY 11212.

3. A copy of the motion papers were delivered to Defendant on April 14, 2017 at 11:38 am. Attached hereto as Exhibit A is a true and correct copy of the proof of mailing.

4. I declare under penalty and perjury that the foregoing is true and correct.

Dated: New York, New York
       April 25, 2017

                                                  _____
                                                  Jennifer Melendez

# Exhibit A

My Profile | Support | Locations | 🇺🇸 English | Search or tracking number

FedEx. | Shipping | Tracking | Manage | Learn | FedEx Office ® | Walker Harman, Jr.

# FedEx ® Tracking

**778877408549**

| Ship date: | | Actual delivery: |
|---|---|---|
| **Wed 4/12/2017** |  **Delivered** Signed for by: X.HANNY  | **Fri 4/14/2017 11:58 am** |
| The Harman Firm, LLP<br>Walker G. Harman, Jr.<br>220 Fifth Avenue, Suite 900<br>NEW YORK CITY, NY US 10001<br>212 425-2600 | | M&M Deli and Grocery<br>1066 Rutland Rd.<br>BROOKLYN, NY US 11212<br>212 425-2600 |

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| — 4/14/2017 - Friday | | |
| 11:58 am | Delivered | BROOKLYN, NY |
| 8:07 am | On FedEx vehicle for delivery | JAMAICA, NY |
| 7:34 am | At local FedEx facility | JAMAICA, NY |
| 5:44 am | At destination sort facility | JAMAICA, NY |
| 2:33 am | Departed FedEx location | MEMPHIS, TN |
| — 4/13/2017 - Thursday | | |
| 10:11 am | Arrived at FedEx location | MEMPHIS, TN |
| 8:49 am | Departed FedEx location | NEWARK, NJ |
| 12:01 am | Arrived at FedEx location | NEWARK, NJ |
| — 4/12/2017 - Wednesday | | |
| 11:23 pm | Left FedEx origin facility | NEW YORK, NY |
| 7:06 pm | Picked up | NEW YORK, NY |
| 6:29 pm | Picked up<br>Tendered at FedEx Office | NEW YORK, NY |
| — 4/11/2017 - Tuesday | | |
| 1:56 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 778877408549 | Service | FedEx 2Day |
| Weight | 0.5 lbs / 0.23 kgs | Signature services | Direct signature required |
| Delivery attempts | 1 | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Not Available | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Direct Signature Required | Standard transit ❓ | 4/14/2017 by 4:30 pm |

FedEx. | Search or tracking number | Ask FedEx | ✕

Customer Focus
New Customer Center
Small Business Center
Service Guide
Customer Support

Company Information
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

Featured Services
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
FedEx HealthCare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

Other Resources
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software

Companies
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

Follow FedEx

🇺🇸 United States -

FedEx Mobile

© FedEx 1995-2017

Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

Ask FedEx